IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| NICHOLAS SHIFLETT, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:18CV268 |
| | ) | |
| v. | ) | |
| | ) | |
| D. SABATKA-RINE, PHD A. CARBAUGH, ROBERT MADSEN, BOGGS, Caseworker, SCOTT FRAKES, C. CONNELLY, M. ROTHWELL, and PH.D A. MITWARUCIU, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Respondents. | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* inmate trust account statement at Filing No. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

DATED this 2nd day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge