# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLAS SHIFLETT, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV268 |
| | ) | |
| v. | ) | |
| | ) | |
| D. SABATKA-RINE, PHD A. CARBAUGH, ROBERT MADSEN, BOGGS, Caseworker, SCOTT FRAKES, C. CONNELLY, M. ROTHWELL, and PH.D A. MITWARUCIU, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED that Respondents' Motion for Enlargement of Time (filing no. 10) is granted. The Respondents' Motion for Summary Judgment or State Court Records in Support of an Answer is due on or before August 28, 2018.

DATED this 21st day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge